IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN SMITH,

    Plaintiff,

v.

CITY OF MADISON, SPECIAL
INVESTIGATIONS UNIT, SIU
DETECTIVES, et al.

    Defendants.

ORDER

Case No. 17-cv-856-bbc

Plaintiff Damien Smith, a prisoner in the custody of the Wisconsin Department of Corrections, has filed a proposed civil complaint. Plaintiff is a prisoner and, therefore, subject to the 1996 Prisoner Litigation Reform Act. Plaintiff has requested leave to proceed without prepayment of the filing fee.

Plaintiff has submitted a statement for October 24, 2017 through November 6, 2017. This statement is insufficient to determine if plaintiff qualifies for indigent status. Instead, plaintiff must submit a certified copy of a trust fund account statement for the *entire* six-month period immediately preceding the filing of the complaint beginning approximately May 9, 2017 and ending approximately November 10, 2017. Once the necessary statement has been submitted, I will calculate the initial partial payment and advise plaintiff of the amount due before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).

1

ORDER

IT IS ORDERED that plaintiff Damien Smith may until November 30, 2017 to submit a certified trust fund account statement for the period beginning approximately May 9, 2017 and ending approximately November 10, 2017.  If, by November 30, 2017, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 9th day of November, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge