IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN SMITH,

    Plaintiff,

v.

Case No. 17-cv-856-bbc

THE CITY OF MADISON, SPECIAL INVESTIGATIONS UNIT, CORY NELSON, SAMANTHA KELLOGG, PAIGE VALENTA, COLLEEN MCCOSHEN and NOBLE WRAY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/23/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |